UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUINTY FUND, AND APPRENTICESHIP, JOURNEYMEN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, *et al.*,<br><br>                                        Petitioners,<br><br>                  -v-<br><br>ADVANCED CONSTRUCTION EQUIPMENT CORP.,<br>                                        Respondent. | 25-CV-2640 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

Respondent Advanced Construction Equipment Corporation shall appear through counsel and file a response to Petitioners' petition to confirm arbitration within twenty-one days of being served with the petition. Otherwise the petition will be considered unopposed.

Petitioners are directed to serve a copy of this Order on Respondent within fourteen days.

SO ORDERED.

Dated: April 1, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge