UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF
CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND,
and APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY
FUND, et al.,

                Petitioners,                       25 **CIVIL** 2640 (JPO)

      -against-                              **JUDGMENT**

ADVANCED CONSTRUCTION
EQUIPMENT CORP,

                Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 15, 2025, the Funds' petition to confirm the arbitration award is GRANTED. Judgment is entered in favor of Petitioners in the amount of $23,482.08, plus $1,273 in attorney's fees and $484.50 in costs; accordingly, the case is closed.

**Dated**: New York, New York
         October 16, 2025

                                                         **TAMMI M. HELLWIG**
                                                             Clerk of Court

                            **BY:**
                                                           **Deputy Clerk**